In the Matter of MAURICE TISHMAN, Respondent-Appellant, against J. RUSSEL SPRAGUE, as Chairman of the Board of Supervisors of Nassau County, et al., Respondents-Appellants. In the Matter of ASA A. TRENCHARD, Respondent, against J. RUSSEL SPRAGUE, as County Executive of Nassau County, et al., Respondents-Appellants. In the Matter of FRANK G. VAN DER VEER, Respondent-Appellant. J. RUSSEL SPRAGUE, as County Executive and Chairman of the Board of Supervisors of Nassau County, et al., Respondents-Appellants.— On the court's own motion, the decision of this court handed down April 27, 1944 [*ante,* p. 971], is amended to read as follows: On argument, the order is modified on the law as follows: By striking from the first ordering paragraph everything following the words " Constitution of the State of New York "; by striking out the second and third ordering paragraphs; by striking from the fourth ordering paragraph everything following the words " Asa A. Trenchard " and by inserting in place thereof the following: " and petitioners Maurice Tishman and Frank G. Van Der Veer are granted "; by striking out the fifth ordering paragraph. As thus modified, the order is unanimously affirmed, with-

out costs. The Constitution does not permit the division of a town in erecting Assembly Districts or the election of Assemblymen at large. Leave to appeal to the Court of Appeals is hereby granted. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.